# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EFRAIN RUIZ ORDONO,<br><br>Defendant. | Case No. 2:22-MJ-4518<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    On November 15, 2022, Defendant Efrain Ruiz Ordono made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the Southern District of California on August 15, 2022. Deputy Federal Public Defender Richard D. Goldman was appointed to represent Defendant. A detention hearing was held.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released.  *See* 18 U.S.C. § 3142(b-c)].  This finding is based on:

☒ family ties to Mexico, unstable residence, history of foreign travel, history of probation violation.

☒ limited bail resource

It is therefore ORDERED that Defendant Efrain Ruiz Ordono is remanded to the custody of the U.S. Marshal to be transported to the United States District Court for the Southern District of California for further proceedings.  **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: December 2, 2022

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE